IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01967-BNB

PHILLIP D. BACA,

    Applicant,

v.

KELLY WASKO, Warden,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 0 9 2010

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Applicant, Phillip Baca, is an inmate at the Denver County Jail in Denver, Colorado. He initiated this action by filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action on August 3, 2010. Mr. Baca filed an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 on August 18, 2010.

On August 18, 2010, Magistrate Judge Boyd N. Boland ordered Mr. Baca to cure certain enumerated deficiencies in this case within thirty days. Specifically, Mr. Baca was directed to file an amended Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 because the names in the caption of the Motion did not match the names in the caption of his § 2241 Application. Mr. Baca was further instructed to file an amended § 2241 Application naming his current warden, superintendent, or other custodian as the Respondent.

Mr. Baca attempted to cure the noted deficiencies within the deadline by submitting the first page of an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. However, the remainder of the form is missing. Similarly, Mr. Baca has submitted the caption page of an amended Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Action, but he did not complete the body of the Motion. Mr. Baca is reminded that the Court does not construe piecemeal filings together. Instead, an amended pleading or motion supersedes the original filing "and renders it of no legal effect." *Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir.1991) (internal quotation marks omitted); *see also Miller v. Glanz*, 948 F.2d 1562,1565 (10th Cir. 1991); 6 C. Wright, A. Miller & M. Kane, *Fed. Practice and Procedure* § 1476 (1990). Mr. Baca therefore should have submitted a complete amended § 2241 Application and a complete amended § 1915 Motion to the Court. Notwithstanding the deficiencies, the Court granted Mr. Baca leave to proceed in forma pauperis on September 2, 2010.

The Court must construe Mr. Baca's § 2241 Application liberally because he is a *pro se* litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not act as a *pro se* litigant's advocate. *Hall*, 935 F.2d at 1110. For the reasons stated below, the § 2241 Application and action will be dismissed.

Mr. Baca claims that he was wrongfully charged and sentenced in District Court Case Nos. 07CR2340, 07CR3324, 07CR3285, and 07M7699 in Jefferson County, Colorado. He further claims that he was wrongfully arrested, that police officers and other witnesses testified falsely at his criminal trial, and that his trial counsel did not cross examine prosecution witnesses. Mr. Baca seeks expungement of his felony convictions from his record. Mr. Baca's claims challenge the validity of his state court convictions and sentences, rather than the execution of his sentences, and are therefore properly brought under 28 U.S.C. § 2254. *See Montez v. McKinna*, 208 F.3d 862, 865 (10th Cir. 2000).

The Court notes that Mr. Baca has filed an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 in Civil Action No. 10-cv-01968-BNB, initiated on August 3, 2010. That action also challenges Mr. Baca's state court criminal convictions in District Court Case Nos. 07CR2340, 07CR3324, 07CR3285, and 07M7699 in Jefferson County . Mr. Baca will therefore be directed to pursue his claims in that action. To the extent the claims asserted by Mr. Baca in this action differ from his claims asserted in Civil Action No. 10-cv-1968-BNB, he may file an amended § 2254 Application in Civil Action No. 10-cv-1968-BNB **within thirty (30) days of the date of this Order** to assert all claims challenging the validity of his state court convictions. Accordingly, it is

ORDERED that this action be dismissed without prejudice.

DATED at Denver, Colorado, this  8th  day of  September , 2010.

BY THE COURT:


 s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01967-BNB

Phillip D. Baca
Prisoner No. 147072
Fort Lyon Corr. Facility
P.O. Box 1000
Fort Lyon, CO 81038

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 9/9/10

GREGORY C. LANGHAM, CLERK

By:_____
       Deputy Clerk